# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-0811
Lower Tribunal No. 20-CA-008689

_____

SFR SERVICES, LLC, a/a/o PATRICK MONTANA and DONNA MONTANA,

Appellant,

v.

TOWER HILL PRIME INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Leigh Frizzell Hayes, Judge.

July 9, 2024

PER CURIAM.

AFFIRMED.

STARGEL and MIZE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Erin M. Berger and Melissa A. Giasi, of Giasi Law P.A., Tampa, for Appellant.

C. Ryan Jones, Scot E. Samis, and Brandon R. Christian, of Traub Lieberman Straus & Shrewsberry, LLP, St. Petersburg, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED